IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE PATTON,

      Petitioner,                    No. CIV S-06-2629 DFL KJM P

   vs.

ROBERT A. HOREL, Acting Warden, et al.,

      Respondents.                FINDINGS & RECOMMENDATIONS

         By order filed January 10, 2007, petitioner's application for writ of habeas corpus was dismissed with thirty days' leave to file an amended application. Petitioner was also told he must either pay the filing fee or submit an application to proceed in forma pauperis. The thirty day period has now expired, and petitioner has not responded to the court's order.

         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2  F.2d 1153 (9th Cir. 1991).
3  DATED: March 15, 2007.

                                        _____
                                        U.S. MAGISTRATE JUDGE

6  /mp
   patt2629.ftafifp.hc